# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    **Plaintiff** )<br>)<br>v )<br>)<br>$24,990.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>    **Defendant.** ) | CIVIL NO. 1:05cv311 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Gary B. Andrews to appear as additional counsel for the defendant in this matter filed on November 18, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Gary B. Andrews is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: November 28, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge