# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:05cv311

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) $24,990.00 in UNITED STATES ) CURRENCY, ) ) Defendant. ) ) | **FINAL JUDGMENT** |

**THIS MATTER** is before the Court on the Plaintiff's motion for entry of final judgment of forfeiture based on the Defendant's default.

By Order entered April 5, 2006, the Magistrate Judge noted that a claimant, Marc McDaniel, had moved for leave to withdraw his claim but had failed to move to withdraw his answer. The Magistrate Judge provided claimant with a ten day period within which to do so. The claimant, who is represented by counsel, has never moved to withdraw his answer; however, the Magistrate Judge allowed him to withdraw his claim by virtue of the April Order.

The Court finds that the claimant's failure to move to withdraw his answer constitutes a default. As a result, the Court will strike the answer and allow the Plaintiff's motion for default.

**IT IS, THEREFORE, ORDERED** that the answer of Marc McDaniel is hereby deemed **STRICKEN** as of April 24, 2006 and he is deemed to be in default as of that date.

**IT IS FURTHER ORDERED** that the Plaintiff's motion for judgment of default, entry of default and final judgment of forfeiture is hereby **GRANTED** and the Defendant $24,990.00 in United States currency is hereby forfeited to the United States.

The United States Marshal is directed to dispose of the property as provided by law.

Signed: June 12, 2006

Lacy H. Thornburg
United States District Judge